■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD FIGUEROA, Also Known as DAVID ORTIZ, Appellant. [742 NYS2d 830] —Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered May 15, 1998, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $3\frac{1}{2}$ to 7 years, unanimously affirmed.

In light of our affirmance of defendant's New York County conviction, there is no basis for reversal. Concur—Mazzarelli, J.P., Lerner, Rubin, Marlow and Gonzalez, JJ.